**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

SLT (Rule 16 letter #6)              *271 Cadman Plaza East*
F.#2007R000229                       *Brooklyn, New York 11201*

June 20, 2008

Via Facsimile and ECF

TO: Attached Counsel List

   Re: United States v. Ricardo Fanchini
     Criminal Docket No. 07-736 (S-2)(CPS)

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal
Procedure, the government hereby furnishes the following
additional discovery with respect to the above-referenced matter.
The government reiterates its requests for reciprocal discovery.

   Available for your review are copies of additional
documents recently obtained from Belgium, mostly in Flemish,
relating to the Ricardo Fanchini's prior Belgian criminal
conviction for money laundering.

   You may request copies of the above-described
documents/items by contacting **Joe Meisner at First Choice Copy,
telephone number (718) 381-1480, extension 212, and asking for
print number (86132)**.  Only counsel of record or someone from his
or her office will be permitted to obtain the documents.

   The government also hereby produces a compact disk
containing English translations of documents received from the
Netherlands and previously produced in their original language.
You may request copies of the above-described documents/items by
contacting **Joe Meisner at First Choice Copy, telephone number
(718) 381-1480, extension 212, and asking for print number
(86132)**.  Only counsel of record or someone from his or her
office will be permitted to obtain the compact disks and
documents.

   The government also hereby produces five compact disks
from a 1997-1999 FBI investigation into Ricardo Fanchini and
Harry Peralta containing video recordings of meetings between an
undercover agent and Peralta, video recordings of the Kremly
Princess yacht, and a video recording of Fanchini's wedding to
Jolanta Kozina.  You may request copies of the above-described
documents/items by contacting **Joe Meisner at First Choice Copy,**

**telephone number (718) 381-1480, extension 212, and asking for print number (86132).** Only counsel of record or someone from his or her office will be permitted to obtain the compact disks and documents.

For the convenience of counsel whose clients were recently superseded into this matter, the government is attaching herein all previous discovery letters containing the print numbers of previously produced evidence. You may request copies of these previously produced materials by contacting **Joe Meisner at First Choice Copy, telephone number (718) 381-1480, extension 212, and asking for the print numbers contained in the attached discovery letters.** Only counsel of record or someone from his or her office will be permitted to obtain the compact disks and documents.

If you have any questions or further requests, please do not hesitate to call me.

Very truly yours,

BENTON J. CAMPBELL
United States Attorney

By: _____/s/_____
Steven Tiscione
Toni M. Mele
Licha M. Nyiendo
Alexander A. Solomon
Assistant U.S. Attorneys
(718) 254-6317/6138/6350/6074

cc: Clerk of Court (CPS)(w/o enclosures)