

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

SLT  　　　　　　　　　　　　　　　　　　　　　　　*271 Cadman Plaza East*
　　　　　　　　　　　　　　　　　　　　　　　　　*Brooklyn, New York  11201*

July 2, 2008

<u>By ECF</u>

The Honorable Charles P. Sifton
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　Re:　United States v. Ricardo Fanchini et al.
　　　　　　　　 <u>Criminal Docket No. 07-736 (S-2) (CPS)</u>

Dear Judge Sifton:

　　　　In accordance with your Honor's request at yesterday's motion hearing in the above-captioned matter, the government contact Adam Johnson, Esq., legal counsel for the Metropolitan Detention Center ("MDC").  Mr. Johnson informed the government that the MDC will transfer the defendant Ricardo Fanchini to the West Building as directed by the Court.  This transfer is expected to take place within one week.

　　　　Mr. Johnson also informed the government that he will make a laptop computer available to defense counsel for their review of electronic discovery with the defendant.  If defense counsel contact Mr. Johnson twenty-four hours in advance of their visit, Mr. Johnson will make sure the laptop is set up and ready for them upon their arrival.

　　　　Finally, Mr. Johnson advised the government that the MDC will provide the defendant with a secure storage facility within which he may store a portion of his non-electronic discovery.  These materials can be rotated by defense counsel when the defendant has finished reviewing the materials.  The government remains willing to assist in the transfer of these discovery materials if defense counsel encounter any problems or difficulties due to MDC security procedures.

2

      The government and MDC legal counsel believe that these accommodations have satisfied all of the Court's proposed Orders regarding the defendant's ability to prepare his defense.  If there are any additional accommodations that the Court deems necessary, both the government and MDC legal counsel will strive to make whatever changes are required by the Court.

      Please do not hesitate to contact me if you have any further questions or concerns regarding the defendant's ability to access and review discovery materials at the MDC.

      Very truly yours,

      BENTON J. CAMPBELL
      United States Attorney

By:     /s/_____
     Steven Tiscione
     Assistant U. S. Attorney

cc: Gerald Shargel, Esq (by ECF)