

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLT

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 24, 2008

By Hand Delivery

The Honorable Charles P. Sifton
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Ricardo Fanchini et al.
           Criminal Docket No. 07-736 (S-2) (CPS)

Dear Judge Sifton:

    As per your request, please find attached samples of the draft translated linesheets that were referenced in the government's initial discovery letter in the above-captioned matter. The linesheets were translated from several languages (mainly Russian and Polish). Please do not hesitate to contact me if you have any further questions.

                              Very truly yours,

                              BENTON J. CAMPBELL
                              United States Attorney

                By:
                              Steven Tiscione
                              Assistant U. S. Attorney

**Classification: UNCLASSIFIED**

Compressed Linesheet                                                                    01/28/2008 18:34:51 EST

| | |
|---|---|
| Case: | C1-07-0094 |
| Target: | DOZORTSEV, Nikolai |
| Line: | (917) 443-3736 T-Mobile |
| Session: | 187 |
| Date: | 06/23/2007 |
| Start Time: | 11:15:03 EDT |
| Duration: | 00:05:11 |
| Direction: | incoming |
| In Digits: | 79255897459 |
| Location: | 31026052124229722 -> 31026032121229837 |
| IAP System ID: | 19179078020 |
| Session Classification: | Pertinent |

**Synopsis**

IN: 7-925-589-7459

RICH TO NICKY:

RICH: ALLO

NICKY: YES

RICH: ABOUT SREDNEFONTANSKAYA [STREET IN ODESSA] HE HAS A SERIOUS CLIENTS FROM KIEV AND THEY ARE WANT TO TAKE A CONTRACT, TO BUY FOR 6,500,000 GIVE 500,000 NOW AND WE HAVE TO DO "MOVE OUT".... AND WE CAN TAKE 500 OR 400 - HOW MUCH IT'S COST. 'MOVE OUT" IS HOW MUCH... WHAT "MOVE OUT" WILL BE DONE, THEY ARE GIVE 2,000,000 MORE... AND RENT A LAND... ROTKOVSKIY SAID, HE WILL GET IT ON THE FIRST... AND IT'S TAKE TWO MONTH... AND I ASKED HIM, ARE YOU GUARANTEE, THAT IT'S ONLY TWO MONTH, AND HE STARTING... [CURSING] UNDERSTAND? MAYBE YES, MAY BE... BUT YOU WILL LATER... WHAT KIND OF GUARANTEES? IF WE ARE READY,.... HE CAN GIVE ON THIS WEEK TO SING IT...

NICKY: OK, IS IT FOR EVERYTHING? 6,500,000.... 500,000 NOW, THEY ARE "MOVING OUT" THAN 2,000,000 AND REST WHEN WE GIVE A RENT....?!?!

RICH: YES

NICKY: OK, LISTENING, I NEED TO CALL TO ZORIK [PH] TO TALK TO HIM

RICH: YOU TALK TO HIM, AND I AM CALLING TO CROPUN [PH], I TOLD HIM, I WILL CALL BACK ON MONDAY...

NICKY: OKAY, YES... IF WE WILL NOT [CURSING] WE WILL HAVE NO MONEY FOR A LONG

TIME FROM HER...

RICH: NOT ONLY [CURSING] I WANT TO FINISHED EVERYTHING, I WANT ABOUT DEREBASOVSKAYA [STREET IN ODESSA] AND ABOUT EVERYTHING...

NICKY: PER 5.

RICH: UNDERSTAND?

NICKY: OKAY, GOOD, BYE

RICH: TELL ME NOW... WHAT DID WRITE ....

NICKY: I SPOKE WITH ZORIK [PH] MAYBE I COULD BE A DIRECTOR... BY LAW, I COULD... BUT, IT'S WOULD BE SOME PROBLEMS... WE CAN TALK ON MONDAY...

RICH: I NEED IT NOW, I AM TALKING TO HIM NOW...ABOUT INVEST CONTRACT... I TOLD HIM, PEOPLE WANT TO HAVE A CONTROL OF CONSTRUCTION, CONTROL OF BANK... AND HOW MUCH MONEY WOULD SPEND, NEED TO GIVE BACK EVERYTHING... AND NOTHING IS LEFT FOR US [ CURSING]... ONLY FIXED EXPANSES IN OFFICE. I SAID TO OLEG, YOU THINK HOW MUCH IS IT.... GIVE MORE $1,000, AND NOTHING ELSE .... AND IT'S ALL. IT'S THEY ARE THINKING... WHO WILL TELL TO US...

NICKY: YES, YES, WHAT DID HE ANSWER TO YOU?

RICH: NO PROBLEM AT ALL.... NEED ONE PERSON FOR THEM, SIGN IN THE BANK, AND I TOLD HIM, MONEY WILL GIVE YOU WITHOUT ANY %.... AND THEY ARE TAKING 100% ACTIONS, AND GIVE US 65% AND WE ARE UNDER INVEST-CONTRACT GIVE THEM... TO WHOM... AND HOW MUCH %... AND YOU THINK NOW, TO WHOM AND HOW MUCH...

NICKY: YES, I UNDERSTOOD. OK, GOOD

RICH: THESE NAMES YOU GIVE TO ZORIK NOW! I DO NOT WANT TO HEAR: THIS LATER, THAT LATER... UNDERSTAND?

NICKY: UNDERSTOOD.... YOU TELL ME YOUR - ON WHOM?

RICH: MINE IS VERY SIMPLE: KATYA ROTMAN.

NICKY: UNDERSTOOD

RICH: I WANT PERSONALLY ON HER, NEED TO MAKE MONEY...

NICKY: YES, SHE HAS TO BE A WHITE PERSON WITH US...

RICH: YES, KATYA ROTMAN... WHAT ARE WE DOING NOW... IF SHE STAY OFFICIALLY, YES, LET'S DO IT OFFICIALLY... AND WE WILL SHOW THEM.... HOW WE ARE DOING THIS AND WE CAN TALK LATER..

NICKY: OK, GOOD

RICH, TELL ME NOW, WHAT WE ARE DOING WITH CAPUN [PH] I DO NOT WANT ON PAPA, ON MOM, OR ANYBODY... HE NEEDS TO GIVE OR SOME KIND OF COMPANY, OR SOMETHING.... IT'S MUST DO NOT SMELL!

NICKY: FOR US IS BETTER WITHOUT THEM... YOU ARE TALK TO HIM!

RICH: WHAT?

NICKY: YOU CAN NOT SAY TO HIM, THAT WE DO NOT WANT THEM, BUT MAYBE YOU CAN SAY SOMETHING...

RICH: IF YOU GOING TO YOURSELF, I AM ON MYSELF, HE CAN ASK... WHY? BUT I CAN TELL I HAD A PROBLEM IN THE PAST AND I CAN NOT GIVE MY NAME.... UNDERSTAND? IF YOU WANT, YOU CAN GIVE ANY NAME YOU WANT.... NOT YOUR LAST NAME, NOTHING IN COMING....

NICKY: YES, OK

RICH: UNDERSTAND? I WILL TALK TO HIM TOMORROW...

NICKY: CALL ME BACK TOMORROW

RICH: YES, GOOD

NICKY: BYE

END OF CALL

| | |
|---|---|
| Case: | C1-07-0094 |
| Target: | DOZORTSEV, Arthur |
| Line: | (917) 969-4550 Cingular |
| Session: | 4625 |
| Date: | 07/24/2007 |
| Start Time: | 15:40:42 EDT |
| Duration: | 00:01:15 |
| Direction: | Incoming |
| In Digits: | 447917152300 |
| Location: | NOT AVAILABLE |
| IAP System ID | 19703769021 |
| Session Classification | Pertinent |

File Number:

Participants:

### Synopsis

INCOMING 44917152300

KATHERINE ROTMAN TO ARTHUR

ARTY: ALLO

KATHERINE: ALLO

ARTY: HEY, KATIA

KATHERINE: YEH, DO YOU HEAR ME BETTER NOW

ARTY: YEH, I WAS TRYING TO CALL YOU, CAN YOU HEAR ME?

KATHERINE: NO, I DIDN'T HEAR YOU, I DIDN'T HEAR THE PHONE CALL, SO, I SAW, IN THE... WHEN YOU WRITE US EMAIL TO ROTHMAN AND ROTHMAN IT REGISTERED UNDER RICHARD FANCHINI

ARTY: ALRIGHT, SO WHAT, SO, YEH....

KATHERINE: CHANGE IT PLEASE TO ROTHMAN

ARTY: OK, I WILL NO PROBLEM

KATHERINE: FORGET THIS, THEY SHOULDN'T KNOW OK, WHO EVER WE WORK WITH

ARTY: NO, THEY DON'T KNOW, I JUST HAD IT IN MY COMPUTER

KATHERINE: NO, JUST, YOU KNOW, IF I FORWARD, BECAUSE SOMETIMES I DON'T SEE AND I FORWARD AN EMAIL OF YOURS AND THEN THEY SEE THE WHOLE....YOU KNOW, LIKE, HISTORY OF EMAILS SENDING BACK AND FORTH, AND THEN, YOU KNOW

Classification: UNCLASSIFIED

Compressed Linesheet                                                                01/28/2008 17:56:36 EST

ARTY: YOU GOT IT

KATHERINE: I DONT WANT THEM BY ACCIDENT TO KNOW, OK?

ARTY: YOU'VE GOT IT MAMA, NO PROBLEM

KATHERINE: OK, SO ITS OUT YOUR SYSTEM AND BLACKBERRY AND EVERYWHERE

ARTY: OF COURSE, OF COURSE OK, OF COURSE

KATHERINE: OK, COOL

ARTY: WHAT ELSE I WANT TO TELL YOU

KATHERINE : THEY WILL MEET EITHER AT THE HOTEL MAQUINES OR THE HOTEL CARLTON, BUT THEY CAN GET TOGETHER ON THE PHONE AND THEN RICHARD WILL TELL THEM.

ARTY: OK, PERFECT, PERFECT, OK SWEETHEART, BIG KISS, BIG KISS TO YOU

END OF CALL

SUMMARIZED BY AEDELMAN