```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

UNITED STATES OF AMERICA                          CR-07-736 (CPS)
                        Plaintiff,

        - against -                               ORDER

Ricardo Fanchini, Nikolai Dozortsev, and
Arthur Dozortsev,
                        Defendants.

-----------------------------------------X
```

       The parties are directed to advise the Court in writing, within 10 days, whether any defendant has requested that notice be given to appropriate consular officials pursuant to the provisions of Article 36(1)(b) of the Vienna Convention on Consular Relations and, if so, whether the government has complied with its obligations under the Convention.

       The parties are also directed to notify the Court in writing, within 10 days, if an interpreter is required for pretrial and trial proceedings.

       The Clerk is directed to transmit a copy of the within to all parties.

       SO ORDERED.

Dated :   Brooklyn, New York
          July 14, 2008

                By: /s/ Charles P. Sifton (electronically signed)
                        United States District Judge