# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

September 18, 2008

**FILED VIA ECF**
Hon. Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

RE: **United States v. Nikolai Dozortsev**
**Docket No.: 07 CR 736 (S-2) (CPS)**

Dear Judge Sifton:

Please accept this letter on behalf of the defendant, Nikolai Dozortsev, requesting that he be permitted to travel and that his curfew be extended on the dates and times set forth below. Mr. Dozortsev's travel restrictions are presently confined to the Southern and Eastern District's of New York. In addition he is electronically monitored, and is permitted to be out of his home between 7:45 AM and 9:00 PM daily. The Government consents to this application and pre-trial service's takes no position.

- September 23, 2008- Mr. Dozortsev requests that his curfew be extended until 2:00 am so that he may attend his father's birthday celebration.

- October 14-17, 2008- Mr. Dozortsev requests permission to travel to Boston for business purposes. Mr. Dozortsev works with his father's wine business and will be attending a conference during these dates.

Your consideration is greatly appreciated.

Respectfully,

So Ordered

Jason Canales, Esq.

cc.: AUSA Steve Tiscone

s/Hon. Charles P. Sifton

9/18/08