# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

BEFORE: SIFTON, J.          DATE: NOV 12 2008          TIME: Noon

DOCKET #: CR-07-00736 (S-3)          TITLE: *U.S.A. v. Ricardo Fanchini, et al.*

CR/ESR: Mickey Brymer          DEPUTY CLERK: Stanley Kessler

INTERPRETER: _____          AUSA: Steven Tiscione - #6317
~~Toni Mele - #6138; Licha Nyiendo - #6350~~

DEF'T #1 NAME: Nikolai Dozortsev          ATT'Y: Robert S. Wolf, Esq.
                                                  Barry S. Zone, Esq.

✓ Present  _ Not Present  ✓ On Bail          ✓ Present  _ Not Present

### CRIMINAL CAUSE FOR PLEADING

✓ Case called.

✓ Defendant _____ present with counsel.

___ Defendant _____ present without counsel.

___ Counsel present without defendant _____.

___ _____ interpreter _____ present.

✓ Defendant _____ sworn.

___ The defendant is/are advised of his/her/their rights by the Court.

___ Waiver of indictment executed for defendant _____.

___ Information/Superseding indictment/information _____ filed.

___ Defendant _____ enters a plea of guilty to count _____ of superseding/indictment/information.

✓ Defendant _____ withdraws not guilty plea and enters a plea of guilty to counts 17 & 18 of superseding/indictment/~~information~~ CR-07-736/(S-3).

✓ The Court finds a factual basis for the plea of guilty and accepts the plea.

___ The Court does not find a factual basis for the plea and does not accept the plea.

___ Pleading of defendant _____ continued to _____.

✓ Sentencing scheduled for ~~February~~ 3-4-09 at 12:00 Noon.

___ Defendant _____ cont'd in custody/on present bond.

TIME: 0/30