IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
EASTERN DIVISION

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          )
                                  )
          Plaintiff,              )
                                  )        CR-07-0736
          v.                      )
                                  )
Nikolai Dozortsev                 )
                                  )
          Defendant.              )

- - - - - - - - - - - - - - - - - X

### DECLARATION OF PUBLICATION

According to my review of the electronic database maintained by Department of Justice, notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 22, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2009.


*Zena Eldessouky*
Zena Eldessouky
FSA Records Examiner/Analyst

Attachment 1

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK, EASTERN DIVISION
### COURT CASE NUMBER: CR-07-0736; NOTICE OF FORFEITURE

Notice is hereby given that on November 17, 2008, in the case of U.S. v. Nikolai Dozortsev, Court Case Number CR-07-0736, the United States District Court for the Eastern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

> $12,073.00 U.S. Currency (08-DEA-491123), which was seized from Nikolai Dozortsev on October 13, 2007 at 2805 Ocean Parkway, Apt 10B, located in Brooklyn, NY

> (1) Loose Round 2.19 carats Diamond, G/VS1 Ser No: 16283905 (08-DEA-491435), which was seized from Nikolai Dozortsev on October 13, 2007 at 2805 Ocean Parkway, Apt. 10B, located in Brooklyn, NY

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (January 22, 2009) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 225 Cadman Plaza East, Brooklyn, NY 11201, and a copy served upon Assistant United States Attorney Evan Weitz, 271 Cadman Plaza East, 7th Floor, Brooklyn, NY 11201. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 22, 2009 and February 20, 2009. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Nikolai Dozortsev

**Court Case No:**      CR-07-0736
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/22/2009 | 23.5 | Verified |
| 2 | 01/23/2009 | 23.5 | Verified |
| 3 | 01/24/2009 | 22.4 | Verified |
| 4 | 01/25/2009 | 23.5 | Verified |
| 5 | 01/26/2009 | 23.4 | Verified |
| 6 | 01/27/2009 | 23.5 | Verified |
| 7 | 01/28/2009 | 23.5 | Verified |
| 8 | 01/29/2009 | 22.7 | Verified |
| 9 | 01/30/2009 | 23.5 | Verified |
| 10 | 01/31/2009 | 22.3 | Verified |
| 11 | 02/01/2009 | 22.4 | Verified |
| 12 | 02/02/2009 | 22.5 | Verified |
| 13 | 02/03/2009 | 23.5 | Verified |
| 14 | 02/04/2009 | 23.5 | Verified |
| 15 | 02/05/2009 | 23.5 | Verified |
| 16 | 02/06/2009 | 23.5 | Verified |
| 17 | 02/07/2009 | 23.5 | Verified |
| 18 | 02/08/2009 | 23.3 | Verified |
| 19 | 02/09/2009 | 23.2 | Verified |
| 20 | 02/10/2009 | 23.5 | Verified |
| 21 | 02/11/2009 | 23.5 | Verified |
| 22 | 02/12/2009 | 23.5 | Verified |
| 23 | 02/13/2009 | 23.5 | Verified |
| 24 | 02/14/2009 | 23.5 | Verified |
| 25 | 02/15/2009 | 23.5 | Verified |
| 26 | 02/16/2009 | 23.4 | Verified |
| 27 | 02/17/2009 | 23.5 | Verified |
| 28 | 02/18/2009 | 23.5 | Verified |
| 29 | 02/19/2009 | 23.4 | Verified |
| 30 | 02/20/2009 | 23.5 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.