**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 14 2009 ★
BROOKLYN OFFICE

Nikolai Dozortsev
2805 Ocean Pkwy
Brooklyn, NY 11235

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS