UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, N.Y. 11201

CHAMBERS OF
FREDERIC BLOCK
U.S. DISTRICT JUDGE

11/30/09

Re.: USA v. MIKOLAI DOZORTSEV
CR-07-736(S-3)-2 | (CR-08-44-(LFB))

Dear Counsel,

   Please find enclosed a copy of the probation departments sentencing recommendation in the above case which is currently scheduled for sentencing on 1/28/10 AT 3PM J. Block has adopted a policy whereby he now discloses the sentencing recommendation of the probation department.

   If you should have any further questions feel free to contact me at (718) 613-2425.

Respectfully,

Michael Innelli
Case Manager