# EDWARD V. SAPONE, P.C.

40 Fulton Street, 23rd Floor
New York, New York 10038
—
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: edward@saponelaw.com

*BY ECF*

September 10, 2010

Honorable Frederic Block
Senior Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    <u>United States of America v. Arthur Dozortsev</u>
                 08 Cr. 44 (S-1) (FB) / 07 Cr. 736 (S-2) (FB)

Dear Judge Block:

      I am retained counsel to Defendant Arthur Dozortsev. I write on Mr. Dozortsev's behalf to respectfully ask permission for Mr. Dozortsev to travel to Miami, Florida from September 15 to September 20, 2010.

      As way of background, Mr. Dozortsev is currently released on an Appearance Bond secured by his home located in New York, New York. Mr. Dozortsev has fully complied with all conditions of his release. His sentencing date is scheduled for September 29, 2010.

      On August 16, 2010, Your Honor granted Mr. Dozortsev permission to travel to Miami, Florida from August 19 to August 24, 2010, for business purposes. As the Court is aware, Mr. Dozortsev works for his father's business, "Dozortsev & Sons," where he is responsible for the company's wholesale wine division. Mr. Dozortsev respectfully asks the Court for permission to travel again to Miami, Florida from September 15 to September 20, 2010, to meet with clients. Like the last trip, if the request is granted, Mr. Dozortsev will be staying with a friend, Robert Curran, whose residence is located in Miami, Florida.

      The Government, by A.U.S.A. Steven Tiscione, consents to this request. Pretrial Services, by Officer Lourdes Vasquez, also consents to this request.

Your Honor's consideration is greatly appreciated.

                Respectfully submitted,

                s/ *Edward V. Sapone*_____
                Edward V. Sapone (ES-2553)
                Counsel to Defendant
                Arthur Dozortsev

cc:  A.U.S.A. Steven Tiscione
   *By ECF*

   P.O. Lourdes Vazquez
   *By fax: (718) 613-2568*