# Exhibit B

Dear Judge Fredrick Block,

I am writing this letter to express my love and concern for my father Nicky Dozortsev. He really is a great man and has always put his whole family before himself. From these unfortunate events I have learned that life can change in an instant and we have to cherrish everyday we have together. I also believe that every person deserves a second chance to learn from their mistakes and to become that much of a better person. I hope you can find it in your heart to give our family an early Christmas gift and allow my father to come home to us as soon as possible. There are no letters that I can write to express how much we love and miss him, but life is just not the same without him.

Sincerely,
Julian Dozortsev