# Exhibit C

November 30, 2010

Honorable Frederic Block
Senior District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Block:

My father, Nicky Dozortsev, is the man my brother and I have looked up to our entire lives. I'm the young adult I am today because of him. He is the most trustworthy and intelligent man I know. I can't really say I'm a genius when it comes to school work but I know I'm incredibly street smart. My dad made sure we would stay away from drugs and people that are bad influences. He made sure we knew that family comes before anyone and I know that he would give his right arm and leg for us.

All I want is for my family to go back to the way we were. Looking for a fun way to spend quality time together on Saturdays and Sundays. Having dinner on Thanksgiving and Passover. Not having to see my brother be upset because my dad wont be there for his Bar Mitzvah. Seeing my mother struggling with money and bills. Seeing my sick great grandmother calling everyone she sees Nikolai because she doesn't understand where he's gone. All I can ask of you is to consider this and make my father's sentencing as lenient as possible. This last year has been a tough one for my family and I, and I hope that this year will be better knowing that my dad will return home soon.

Thank You.

Respectfully,

Gabriella Dozortsev

× *Gabby Dozortsev*