# Exhibit D

November 30, 2010

Honorable Frederic Block
Senior District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Block:

    My father Nicky Dozortsev is a great man. He is kind and is always looking to help other people that are in need. When my father was at home we would always do different sorts of activities such as football, handball, tennis, and many more. Now that he is gone I miss out on all of those activities.

    When my father was around it would be a lot more fun and I would always have someone to talk to in my time of need. Even when everyone in the house was sleeping at night it felt safe because we had a man in the house to protect us. I really miss my dad. I wish he was here with me, my mom and my sister.

    Living with my dad every single day of my life just showed me what kind of a man he is. My dad Nicky is very hard working and is a leader not a follower. On February the 14th it is my birthday. I am going to be 13. Without my dad I can't have a bar mitzvah. As a 13 year old kid I wouldn't want to spend my birthday without my full family. Hopefully you will take all of this into consideration and let my dad be free and not get any more jail time.

    Thank you your honor.

Respectfully,

Michael Dozortsev

x _Mikeyso_