# Exhibit E

DEC-3-2010   10:32A FROM:                                             TO:12129805192            P.2

November 30, 2010

Senior Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Block:

    My name is Eugene Dozortsev and I'm the father of Nicky Dozortsev. I immigrated to the United States in 1974. In Russia I was a very wealthy and well known business man. Because I did not see any future for my children I came to this wonderful country. After living in the United States for two weeks, I began working as a painter. A year later I drove a taxi-cab. Two years later, I opened my own business, Dozortsev & Sons Trading. My business grew quickly and I employed many people who have worked for me for many years.

    I have helped many honorable charities who have since honored me. For instance, the 60th Police Precinct Association in 2008-2010, Holocaust Survivors Association in 2001, American and Russian Veterans Association 2006, Russian American Art's Foundation in 2004, and the Sport Association in 2004. I have received an Honor Certificate from Domenic M. Recchia, Councilman of the 47th District and also Marty Markowitz, the Mayor of Brooklyn.

    The past two and a half years have been difficult ones for my family and me. Since Nicky's arrest my wife has had health issues and my grandchildren are experiencing nightmares missing their father. Additionally, because Nicky is a partner in Dozortsev and Sons Trading, the business has suffered without his leadership and guidance.

    I know the Nicky made a big mistake, but I'm begging you Honorable Judge to let my son come back to his family and have a normal life. I promise to you, that he has learned from his mistake and will never do anything that will compromise his family again. Nicky will prove to you that he is a good honest person and he will continue my work in this country by leading Dozortsev and Sons Trading and by supporting his community.

    Thank you in advance for your understanding.

Respectfully,

Eugene Dozortsev

NOV. 30. 2010  1:58PM    GESTERN, SAVAGE                           NO. 7048   P. 2