# Exhibit F

To: Honorable Judge Frederick Block.

Your Honor,

My name is Larisa Dozortsev and I'm the mother of Nicky Dozortsev. With great respect I'm begging you to open your heart to my please for my son. He made a mistake and I apologize for him and he is very sorry too. He is very worried at what he did and thinks about it a lot. Dear Honor, I'm begging you not to take him from me and his family to jail, because we need him a lot in our lives. He is unbelievable son, husband and most iportmen he is a great father to his children and very greaat great grandson to a very sick grandmother. He always took a great cake of his family and very hard for us survive without him. His children are suffering without him a lot.

I have a mother, who is very, very sick. For her Nicky is her heart, her arms, her legs, her soul, her air. We told her he is away by busines, overseas, and everyday she asked when he is coming back, and I now that is the only thing awaiting for him to come back, that is keeping her alive. Again, your Honor, please dont take him away from us to jail. I swear and promise to you and God, as a mother, he will never ever do anything to cause any problems

please hear my begging from my heart and soul.

Respectfully yours,
Larisa Dorodeed