# Exhibit G

November 30, 2010

Honorable Frederic Block
Senior District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Block:

My name is Irina Dozortsev and Nikolai Dozortsev is my husband. I have been married to Nicky for 16 years. During these years Nicky has always been a great husband and wonderful father. I believe that Nicky is a good person who has made a bad mistake. I don't love Nicky and less though for his bad judgment. I believe he deserves a second chance.

With Nicky's present absence, my children suffer a great deal. My daughter Gabby started to perform poorly in school and my son Michael, who is young, has become very sensitive to small stressful situations and now sees a psychiatrist. Without Nicky, my life has also dramatically changed. I have essentially become a single mother, working full time to support my family. I have had trouble keeping up with household bills and am presently 24 months behind on my mortgage. I have never felt so alone.

Your Honor, I do not feel that my husband is a threat to society. Having him away from his family, his friends and the community has been a detriment to us all. I hope that the Court will look at all of the good things that Nicky has done in his life. He has had a positive impact on many and most importantly, on our children. Please Your Honor, I ask that you strongly consider giving Nicky the most lenient sentence possible. My life has not been and will never be the same without him by my side.

Respectfully,

Irina Dozortsev