# Exhibit H



# PROJECT NESHAMA

Chabad Lubavitch of W Brighton Beach - Manhattan Beach
2997 Ocean Parkway * Brooklyn, NY 11235
Tel: 718-946-9833 Fax: 718-266-5248
www.ProjectNeshama.com

December 2, 2008

Honorable Charles P Sifton
United States District Court
Eastern District of NY
225 Cadman Plaza E
Brooklyn, NY 11201

Dear Sir,

My name is Rabbi Avrohom Winner, the Chabad Lubavitch representative to the Brighton Beach and Manhattan Beach communities in Brooklyn, NY. As you may be well aware of the Brighton Beach and Manhattan Beach community is a very Jewish Russian community, I know and I see again and again the émigré families from the Ukraine and the FSU who came here with a very minimal Jewish traditional background due to the persecution and discrimination that the Soviet Union had on them, preventing them from being able to practice their Jewish heritage. Nevertheless, once coming here to the United States a country of religious freedom they were excited and anticipated the ability to openly be able to practice, even if in a small way, their Jewish heritage. The ability to memorialize their loved ones in a synagogue or to join the prayers on the high holidays or on a weekly basis on the Sabbath without the fear of anti Semitism was and is something that they continuously appreciate and love about this great country.

I have the privilege of knowing the Dozortsev family quite well, they are a kind and giving family, going out of their way to help others. Mr and Mrs Eugene and Susan Dozortsev instilled in their kids true morals and values and it was through my work on behalf of the community that I came to know the Dozortsev's and their family business – Dozortsev & Sons.

Their son Nicky Dozortsev is a bright, thoughtful and kind young man. Raised and inspired by his parents to be a good natured and compassionate person. He is a great asset to mankind in general and to the Jewish community in particular. Especially in these turbulent times after what has happened recently in Mumbai, India we come to realize and recognize good people and their gift of knowing how to assist and help others.

May G-d bless us all with health and happiness to live as free people in our beautiful country.

Sincerely,

Rabbi Avrohom Winner
Director