# Exhibit I



THE ASSEMBLY
STATE OF NEW YORK
ALBANY

ALEC BROOK-KRASNY
Assemblyman 46TH District

DISTRICT OFFICE
2823 West 12th Street, Suite 1F
Brooklyn, New York 11224
718-266-0267
FAX 718-266-5391
brookka@assembly.state.ny.us

ALBANY OFFICE
Legislative Office Building
Albany, New York 12248
518-455-4811
FAX 518-455-5654

COMMITTEES
Aging
Cities
Election Law
Governmental Employees
Housing
Social Services

Hon. Charles P. Sifton
United States District Court
Eastern District of New York
225 Camdan Plaza
East Brooklyn, NY 11201

July 16, 2008

Hon Charles P. Sifton;

    I am providing this letter in support of Nick and Arthur Dozortsev. I have been a personal friend of their father Eugene Dozortsey for over twelve years and can testify to the character of these gentlemen.

    Eugene and both of his sons are men of integrity and strong moral fiber. They are dedicated to the enrichment and well being of their community, as is illustrated through their involvement in numerous community groups and charitable events. In addition they are successful businessmen who run The Dozortsev and Sons Georgian Wines Company which also contributes to the well being of their community.

    I would consider each of these men a valuable member of our society. Their many accomplishments and positive contributions to the community should be considered when evaluating the situation at hand.

    I thank you in advance for your time and consideration of this matter. Please feel free to contact me or my office should any further questions arise, (718)266-0267.

Sincerely,

*Alec Brook-Krasny*
Alec Brook-Krasny
Member of the Assembly