# Exhibit J



**CARL KRUGER**
SENATOR
PART OF KINGS COUNTY

LEGISLATIVE OFFICE BUILDING
ROOM 803
ALBANY, NEW YORK 12247
TELEPHONE: (518) 455-2460
FAX: (518) 426-6855

DISTRICT OFFICE
2201 AVENUE U
BROOKLYN, NEW YORK 11229
TELEPHONE: (718) 743-8610
FAX: (718) 743-5998

EMAIL ADDRESS
KRUGER@SENATE.STATE.NY.US

THE SENATE
STATE OF NEW YORK

CHAIR
SOCIAL SERVICES, CHILDREN & FAMILIES

COMMITTEES
AGING
CRIME VICTIMS, CRIME & CORRECTION
ENERGY & TELECOMMUNICATIONS
FINANCE
INSURANCE
VETERANS, HOMELAND SECURITY
& MILITARY AFFAIRS

Honorable Judge Frederic Block
Senior Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11
RE: Nikolai Dozortsev

Dear Judge Block

I am writing to you regarding Nikolai Dozortsev.

I have been acquainted with the Dozortsev family for a number of years. I know them to be longstanding members of the Brighton Beach community, which I represent in the Senate. Nikolai's father, Eugene, is a local businessman with strong ties to the neighborhood and a history of service to his community.

As the Senator who represents the largest Russian-speaking constituency in the state, I can attest to the strong sense of fellowship and compassion among members of the Russian-speaking community. I know Eugene Dozortsev and his family have reached out and done much to assist fellow Russian-speaking immigrants in adjusting to life in the United States, which is an often difficult transition. The assistance of Eugene Dozortsev and his family has made a difference in many lives.

Kindly take this matter under consideration.

Sincerely,

Carl Kruger
Member of Senate