# Exhibit K

HONORABLE CHARLES S. SIFTON

US DISTRICT COURT

EASTERN DISTRICT ON NEW YORK

225 CADMAN PLAZA

BROOKLYN, NY, 11201

                      RE: UNITED STATES v. Nicky Dozortsev

December 4, 2008

Dear Judge Sifton,

I provide this letter in support of my friend, Nicky Dozortsev, whose matter is currently pending before your office. Let me briefly introduce myself. My name is Natasha Aksenova and I have PhD in Fine Arts. I have been university teacher for over 16 years. Having been employed as Immigration Counsellor at Hebrew Immigrant Aid Society for 8 years, I became Director of Legal Operation of the Attorney Services of Brooklyn. In 2002 I started my own business, NY Paralegal Group Inc, providing assistance to immigrants in a wide variety of immigration matters. I host TV and radio shows "Our Home –USA" as well as magazine and newspaper column.

My family immigrated from Odessa, Ukraine in 1989. We are friends with Nicky and his family since 1972. They are the people who did everything possible in order for my family to come to safety in the USA. But we are not the only ones – Nicky and his family offered help to everyone. This is the kind of family he grew up in. He was taught right ideals and traditions. It is my great pleasure to see today how Nicky, father of three, teaches his kids the same values I observed in his family.

It has been quite a shock for all of us to learn that Nicky is in trouble. He has always been very bright, hardworking and devoted person. He is the breadwinner in the family. One of his grandmothers passed away and the other one is very ill. His teenage children need him now more than ever before. Nicky is not only great father, brother, son, grandson and friend. He is real valuable asset of our community. It is my sincere opinion that Nicky deserves some indulgence. Your consideration is greatly appreciated.

Respectfully yours,

Natasha Aksenova

(718) 332 7464    (718) 872 6708    nataly@nyparalegal.net