# Exhibit L

HONORABLE CHARLES S. SIFTON

US DISTRICT COURT

EASTERN DISTRICT ON NEW YORK

225 CADMAN PLAZA

BROOKLYN, NY, 11201

RE: UNITED STATES v. Nicky Dozortsev

December 4, 2008

Dear Judge Sifton,

I provide this letter in support of my friend, Nicky Dozortsev, whose matter is currently pending before your office. My name is Aleksandr Aksenov and I am graphic designer and owner of Universal Creative Design company in NYC. My family immigrated from Odessa, Ukraine in 1989. Nicky and I were born in the same city and our families have been friends for almost 40 years. They are the people who did everything possible in order for my family to come to safety in the USA. But we are not the only ones -- Nicky and his family offered help to everyone. This is the kind of family he grew up in. He was taught right ideals and traditions.

I was 14 years old when I came to the US. Nicky has been my friend through these years. He is the one I turned for help in difficult situations in high school and college. On number of occasions Nicky would come to help me and my friends. Him and his wife, Irina, set example for me as a parent. When my son was born I could call them any time, day or night, to get an advice.

It has been quite a shock for all of us to learn that Nicky is in trouble. He has always been very bright, hardworking and devoted person. Dozortsev family is in very difficult situation today - one of his grandmothers passed away and the other one is very ill. His family needs him now more than ever. Nicky is not only great brother, son, grandson, uncle and friend. He is real valuable asset of our community. It is my sincere opinion that Nicky deserves some indulgence. Your consideration is greatly appreciated.

Respectfully yours,

Aleksandr Aksenov

(347) 247 7436        (212) 896 4725        brandlabs#gmail.com