# Exhibit M



2508 Coney Island Avenue, 2nd Floor, Brooklyn, NY, 11223
Phone: (718) 303-8005; (718) 303-8070
Fax:    (718) 303-8001

Honorable Judge Frederic Block
Senior Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   Nikolai Dozortsev

Dear Judge Block

My name is Gregory Davidzon and I am writing this letter to support Nick Dozortsev. I am owner of Davidzon Media, which is includes Davidzon Gazeta and Davidzon Radio which is a most popular national Radio Station on Russian-American market.
For many years I have been very close with Dozortsev family, Gennady and Lora Dozortsev are very family oriented and deeply loved their sons. They are respected by many people and very known in Russian-American community as high moral and hardworking people.
My company organized a lot of events: culture, history, sport and etc. Regardless of busy schedule Nick Dozortsev always found time to attend our events and cooperate with Community problems.
Nick Dozortsev is an honest friend, very warm and supportive person. He would be the first one to help during hard time.
Unfortunately, you have met Nick at such hard time in his life, but respectfully, I am asking the court to look past the issue at hand and show him compassion in the decision you have before you.

Sincerely,

*G. Davidzon*

Gregory Davidzon
/ President Davidzon Media Inc. /