# Exhibit N



OFFICE OF THE BROOKLYN BOROUGH PRESIDENT

Honorable Judge Frederic Block
Senior Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Nikolai Dozortsev

Dear Judge Block

I have the privilege of knowing Mr. Eugene Dozortsev for a number of years. During that time I have always been amazed at his level of commitment to his family and community.

In addition to running a successful internationally acclaimed business Dozortsev and Sons Georgian Wines Company, Eugene Dozortsev always finds time to get involved in his local community, adopting many charitable causes addressing the needs of seniors, Holocaust survivors, local synagogues and community organizations. Unlike many people these days, whenever he adopts a cause he is guaranteed to be highly committed. He has been an initiator and founder of numerous impressive efforts.

I was asked by Mr. Dozortsev to write a letter of support on behalf of his children in relation to the situation at hand. Although I did not have an occasion to personally meet them, it is my sincere hope that as parents, Laura and Eugene Dozortsev were able to pass on those exact qualities to their sons, Nick and Arthur.

If you require any additional information regarding this matter, please fee to contact me or my office at 718-802-3700.

Sincerely,

Marty Markowitz

MM/bv