# Exhibit O



**MAXILLOFACIAL SURGERY SERVICES** | ADVANCED IMPLANTOLOGY & RECONSTRUCTIVE & AESTHETIC MAXILLOFACIAL SURGERY

ADVANCED IMPLANTOLOGY

Honoraber Judge Frederic Block

United States District Court

Eastern of New York

225 Cadman Plaza East

Brooklyn, New York 11201

RE: Nicky Dozortsev


Honorable Judge Block


ORTHOGNATHIC

My name is George E. Anastassov. I am a double qualified maxillofacial surgeon practicing in New York City. I am board certified in Oral and Maxillofacial Surgery, Craniofacial Surgery and Plastic and Reconstructive Surgery. I met Mr. Eugene Dozortsev, Nicky's father, approximately 10 years ago at a charity fund-raiser in Brooklyn, New York. Eugene is a very interesting, multifaceted

PATHOLOGY

individual considered to be a pillar of the community in Brooklyn. Even though, he is 20 years my senior we begun to see each other in social settings. As a result of this friendship I also met his oldest son Nicky Dozortsev. Nicky was married and had two children at that time. His wife Irina

PREPROS

subsequently gave birth to a third child. Nicky and I have been in each other' company on numerous occasions both at family functions, charity events and in casual settings. Nicky has always been a great father, loving husband and thoughtful friend. Part of my professional life involves overseas travel for lectures and surgical care of disadvantaged children affected by

RECONS

craniofacial malformations. One of the places that I was invited to operate was Odessa in the Ukraine from where the Dozortsev' family originates. The city of Odessa has 10 orphanages. Many of the children are affected with craniofacial malformations the most common being cleft lip and / or palate. The living conditions of these children are deplorable and there are a handful of

TMJ

organizations supporting them. I was invited there by an American organization called "Universal Aid for Children". I shared my experiences with Nicky who was touched and since have had contributed to the orphanages in Odessa among other charities. This shows to me that he is conscientious, giving individual deserving respect and admiration. He is a member of a very close-knit family and spends all of his free time with them. He is admired by his children and their

18 EAST 50 ST. 5TH FLOOR NEW YORK, NY 10022 ◆ 212.751.0001 ◆ FAX 212.753.0540 ◆ WWW.MFSS.NET

friends. In the last 10 years since I have met Nicky I have seen nothing but good deeds from him. This is the reason for writing this letter to Your Honor in consideration of Nicky Dozortsev' situation. I would be glad to answer any additional questions if this would be required.

With deepest respect,

George E. Anastassov, MD, DDS