# Exhibit P

# BRIGHTON NEIGHBORHOOD ASSOCIATION

1121 Brighton Beach Avenue
Brooklyn, New York 11235
Tel.     (718) 891-0800
Fax.     (718) 891-1163
www.brightonbeach.com

**Executive Director/Founder**
Pat Singer

September 2, 2008

**Officers**
Dr. Leonard Brenner
*President*
Sherry Falcone
*Vice-President*
Lauren Lombardozzi, R.D.H.
*Secretary/Treasurer*

**Board Members**
Joe Corace
Judd Fischler
Audrey Gardner
Alex Konviser
Sheikh Lutafullah, Esq.
Jack Meersand
May Ng
Martin Satloff, Esq.
Zinoviy Ginsburg
Raisa Vekler

**Staff**
Raisa Ross
*Russian Community Liaison*

Kristina M. Yiannaki
*Fiscal Officer / Bookkeeper*

To Whom it May Concern:

As an activist for over three decades in this community, I have had the pleasure of meeting some very special people.

Dozortsev and Sons Georgian Wines Company are run by such people.

Nick Dozortsev can be counted on when it comes to community needs. He contributed without hesitation some of their fine wine to a Community Holiday Party which was held for our seniors. He offered to give the local Precinct a basket of their products for their "Night Out" event which took place last August.

I interviewed him for a "NEIGHBORHOOD BEAT" Show on BCAT, Channel 69 on Cablevision. I found him to be an upstanding citizen who has been a wonderful asset to our community of Brighton Beach.

As someone who runs an alternative sentencing site for the Brooklyn District Attorney, I do not feel that this family would ever disrespect the law. They take pride in their name and their reputation.

Sincerely,

Ms. Pat Singer
Founder/Executive Director