# Exhibit Q

# Forest Hills Financial Group
## Mark Doiban
### Vice President
Tel: (718) 268-9255 Fax: (718) 268-9268 Mobile: (347) 489-3009
Email: mark_doiban@fhfg.com Website: www.fhfg.com

Hon. Frederic Block

United States District court

Eastern District of New York

225 Camdan Plaza

East Brooklyn, NY 11201

11.11.10

Hon. Frederic Block

I am writing this letter in support of Nick Dozortsev. I have known Nick for many years and can testify to the nature of his character. Nick has always been an honorable person, a wonderful father of three and supporter of many charitable venues. I consider Nick to be a valuable member our society and a provider of economic growth through his vast business developments. I can testify to Nicks commitment to his family as I am not only a personal friend but also his life insurance broker. Through our in depth conversations I have learned that Nicks' commitment to his family is undeniable. I believe that Nicks commitment to family, business and community should be considered when evaluating this current situation.

I thank you in advance for time in reviewing my letter and your consideration of the facts when evaluating Nicks' current situation.

Sincerely,

Mark Doiban

---

Mark Doiban is Financial Representative of the Guardian Life
Insurance Company of America, New York, NY.
7 Hanover Square
New York, NY 10004
www.glic.com

**Marina Kovalyov**
**303 East 57th Street, #26J, New York, NY 10022**

July 13, 2008

Honorable Charles P. Sifton
United States District Court
For the Eastern District of New York
225 Gadman Plaza
East Brooklyn, NY 11201

**RE:    UNITED STATES v. Nicky Dozortsev**

Dear Judge Sifton:

My name is Marina Kovalyov and for the past 30 years I have been one of the leaders of the Russian-American Jewish community of New York. I serve on the boards of several major philanthropic organizations including UJA (United Jewish Appeal) – Russian Division and have been recently asked to join the board of the Jewish Week. I have been on the forefront of all major causes affecting our community and am very well known throughout the Russian-Jewish community of New York. Throughout my long tenure as a leader and advocate I have organized in a lot of community events where I have the pleasure of meeting some amazing and special people.

I came to know Nicky Dozortsev's special family when he was a child and had the privilege of watching him grow into thoughtful and compassionate young man. Through my work within the community I met his family and the family business – Dozortsev & Sons. Over the years their company, has been a steadfast supporter of the philanthropic activities I helped create and organize. Nicky's parents are incredibly caring and generous individuals and they have instilled those same values and ideals as in Nicky. His incredibly deep sense of pride and duty for his Jewish roots have steered him on a committed and dedicated path. His generosity and kindness has impacted many individuals of all generations in the most positive manner.   No matter when the community has been in need, Dozortsev and Sons have always lent a helping hand.

Thank you very much.

Sincerely,

*M. Kovalyov*

Marina Kovalyov

*Mr. Boris Savitsky*
*Honorary Consul of the Kyrgyz Republic in USA*
*2500 Hamilton Boulevard, South Plainfield, NJ 07080*

November 24, 2008

Honorable Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: United States vs. Nicky Dozortsev

Honorable Judge Sifton,

My name is Boris Savitsky and I am the Honorary Consul of Kyrgyz Republic in the USA.
I'm writing this personal testament on behalf of long-time friends and associate the Dozortsev
Family. I have had the good fortune of knowing this family since 1982 and I consider Nicky to
be like a nephew.
I would never allow myself to take up your time, if I did not know him so well. He is an
exemplary person whom I have watched grow from a boy. Family has always been and still
remains his number one priority.
Right now, Nicky's life and his destiny depend on your decision. It is my intent with this letter
to personally vouch for the character and strong moral fiber of Nicky Dozortsev, engrained in
him by his loving family. I know without a doubt, that Nicky will be a productive and upstanding
member of the society.

Thank you very much for your time and attention.

Sincerely yours,

Boris Savitsky

Alexandre Grant
61-15 97th Street, # 7-K
Rego Park, New York 11374

November 25, 2008

Honorable Charles P. Sifton
United States District Court
for the Eastern District of New York
225 Cadman Plaza,
Brooklyn, NY 11201

Re.: "United States v. Nicky Dozortsev"

Dear Judge Sifton:

My name is Alexandre Grant and I write this letter of support on behalf of defendant Nicky Dozortsev for you consideration.   I am journalist with Russian American media in New York and for two decades I cover the issues of organized crime and social life of our community. I keep the constant contacts with law enforcement agencies on city. State and federal level and recently was awarded by the Kings County District Attorney Office "tireless efforts servicing the needs of the Russian American Community".

I know Nicky Dozortsev family for many years, and dare say that he was growing up under my observance. This family is a real pride of our community and the example of immigrant's realization of American Dream. Like his parents, Nicky participated in many social and philanthropy events and did his best to demonstrate the commitment to values of our new homeland. He is a respectful son, dedicated husband and caring father.

I do not take the responsibility to judge his guilt or innocence; it is your duty and privilege. But I may and must ask you to consider Nicky Dozortsev virtues against his possible sins.

Very truly yours,

(Alexandre Grant)



3173 Coney Island Ave
Brooklyn, NY 11235

Honorable Judge Frederic Blok

Senior Judge

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

RE: Nicky Dozortsev

Dear Judge Block

   11.10.10

My name is Mark Davidovich. I am District Leader of our Community. I know Nicky Dozortsev since he was a child and privilege of watching him grow. I know his family for many years. His family has been a strong supportive of our Community.
Nicky Dozortsev has been always a hardworking individual, family oriented. His family always on #1 stands. His generosity and kindness has impacted many individuals in the most positive manner. No matter what had to be done he was always there.

   Sincerely

                                                 Mark Davidovich

**Raisa Chernina**
**2824 East 27th Street, #3A Brooklyn, NY 11235**

November 20, 2008

Honorable Charles P. Sifton
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: United States v. Nicky Dozortsev**

Dear Judge Sifton:

My name is Raisa Chernina and for the past 30 years I have been an active and well known member of the Russian-American community of New York. Throughout my long tenure as an upholder I have organized many community events where I have the pleasure of meeting some remarkable people.

I came to know Nicky Dozortsev's family when he was just a child and had the privilege of watching him grow into a gracious and benevolent young man. Throughout my work within the community I met his family and was introduced to the family business-Dozortsev & Sons. Over the years their company has been a dependable supporter of the charitable activities I helped create and organize like funding for the needy. Nicky's parents are incredibly hospitable and caring people and they have carried on those same ethical beliefs within Nicky.. His kind-hearted spirit has impacted many individuals in the most positive manner. No matter when the community has been in need, Dozortsev and Sons has always lent a helping hand.

Thank you very much.

Sincerely,

Raisa Chernina

# *NOVIY NEW YORK * НОВЫЙ НЬЮ-ЙОРК*

**Russian-American**
**Advertiser, Inc**  Tel. (718) 946-0012
Fax (718) 946-0017

**1927 Kings Highway, Suite 3A, Brooklyn, NY 11229**
**E-mail: gazetanny@gmail.com**

November 27, 2008

Honorable Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

RE:     United States vs. Nicky Dozortsev

Dear Judge Sifton:

My name is Alexander Eberlin and I am an Editor-in-Chief of the Russian-American Advertiser. Our publication has been serving Russian-American community for over fifteen years. Through our work, we have been privileged to acquire great friends. One of them is the company Dozortsev and Sons.

We know Nicky Dozortsev since 1997. We worked jointly on advertising projects. We know him as great young man, who is honest, hard working and a great son. He comes from a loving and generous family, known for its philanthropic work. His work ethic can make him a role model for any young person. Whenever we needed help to organize an event we could always count on Nicky Dozortsev.

Sincerely,

Alexander Eberlin,
Editor-in-Chief

בס"ד



# FRIENDS OF REFUGEES OF EASTERN EUROPE

*Serving America's Russian Immigrants Since 1969*

1383 President Street • Brooklyn, N.Y. 11213
Tel. 718-467-0860 • Fax: 718-467-2146 • www.RussianJewry.org

**RABBINICAL COMMITTEE**
Rabbi Moshe Feinstein זצ"ל
Rabbi Yaacov Kamenetzky זצ"ל
Rabbi Moshe Z.A. Bick זצ"ל
Rabbi Joseph Grunblatt
Rabbi Mordechai Gurary
Rabbi Avrohom Hecht
Rabbi David B. Hollander
Rabbi Isaac Oelbaum
Rabbi Yitzchok Raitport
Rabbi Fabian Schonfeld
Rabbi Simon Schwab
Rabbi Israel Sekula זצ"ל
Rabbi Aaron Soloveitchik זצ"ל
Rabbi Joseph B. Soloveitchik זצ"ל
Rabbi Peretz Steinberg
Rabbi Israel Wohlgelernter

**OFFICERS**
Jan Peerce, o.b.m., Past President
Alice Peerce, o.b.m., Past President
Rabbi Mayer Okunov, Chairman
Rabbi Hirsh Chitrik, President
Rabbi Hersh Okunov, Vice President
Ida Altein, Treasurer
Rabbi Yosef Okunov, Program Director
Mendel Okunov, Educational Director

**HONORARY COMMITTEE**
Rabbi Moshe Dembitzer, o.b.m.
Rabbi Abba Pliskin, o.b.m.
Prof. Paul Rosenbloom, o.b.m.
Mrs. Rivel Rosenbloom, o.b.m.
Rabbi Zalman Shagalov, o.b.m.
Mr. Mayir Weiner, o.b.m.

**ADVISORY COMMITTEE**
Mendel Morozov
Samuel Malamud
Yitzchok Mishulovin
Zev Nisenevitz
Ephraim Okunov
Gregory Safaniev
Yoseph Volovik
Alexander Yusupov

**ALUMNI ASSOCIATION**
Mikhail Filimonov
Ross Furman
Eugene Gorovets
Serge Pisman
Gregory Raykher
Roman Vcherashansky
Dovid Okunov, Coordinator

**FREE WORLDWIDE**
• **FREE of Detroit**
Rabbi Yosef Mishulovin, Director
• **FREE of Chicago**
Rabbi Shmuel Notik, Director
• **FREE of Niles**
Rabbi Naftoly Hershkovitch, Director
• **FREE of Brighton Beach**
Rabbi Hersh Okunov, Director
• **FREE of Baltimore**
Rabbi Velvel Belinsky, Director
• **FREE of Cincinnati**
Rabbi Yosef Kalmanson, Director
• **FREE of Melbourne**
Rabbi Elozor Gorelick, Director
• **FREE of Sydney**
Rabbi Yoram Ulman, Director

Honorable Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

December 8, 2008

Honorable Charles P. Sifton:

We, Friends of Refugees of Eastern Europe, are providing this letter in support of Nick Dozorotzev. We have had the pleasure of meeting some generous and very special people in Russian-speaking Jewish Community.

Nick Dozorotzev is an individual of strong moral fiber, very hardworking and helpful. When it comes to community needs, he is the one you can definitely count on. He is a successful and busy businessman, who run Dozorotzev and Sons Georgian Wine Company and still he finds time to attend our events and makes contributions without any hesitation. This gentleman is a valuable member of our society, he has touched with warmth and kindness lot's of people life's and changed them in the most positive manner. We found Nick to be an upstanding citizen and do not feel that this family would ever disrespect the law.

Any considerations on his behalf would be greatly appreciated.

Thanking you in advance.

Should you have any further questions, please feel free to call our office at 718-368-4490

Sincerely,

Rabbi H. Okonov

**ODESSA COMMUNITY OF NEW YORK**



**ОДЕССКОЕ ЗЕМЛЯЧЕСТВО НЬЮ-ЙОРКА**

3172 Coney Island Ave, # 24, Brooklyn, NY 11235, Tel (718)646-1502, Fax (718)646-3942

Honorable Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

November 14, 2008

Re:    Nick Dozortsev

Honorable Charles P. Sifton:

We, are at Odessa Community of New York providing this letter for support of Nick Dozortsev case.
In New York lives approximately 80.000 people who came from city Odessa (Ukraine).

We are have organized a lot of events: culture, history, sport, low and rules in USA, science and etc.

Regardless of busy schedule Nick Dozortsev always found time to attend our events and cooperate with Community problems.

Nick loves children and always helps us to organize children's competition and concerts and has joined his son to the events.

Nick came to United States from Odessa as a refugee and got his education in New York and joined his father, Eugene Dozotsev in business.

I know Nick from the birth and Dozortsev family is one of those which deserve our great respect and admiration.

All members of our Odessa Community appreciate this family for providing financial help for organizing numbers of event and personally helps us to make it a great success.
The Dozortsev family is one of the most respected in Russian-speaking community of New York.

Sincerely

Boris Talis
President

## Gueorgui Vainer
200 Winston Drive, Apt. 2405, Cliffside Park, NJ 07010

November 21, 2008

Honorable Charles P. Sifton

United States District Court

For the Eastern District of New York

225 Cadman Plaza

East Brooklyn, NY 11201


RE: United States v. Nicky dozortsev

## Dear Judge Sifton,

My name is Gueorgui Vainer. I am a writer, who has authored over twenty novels most of which have been translated into at least thirty languages and which have been published in many countries of the world, practically on all continents. Several movies based on my novels have been released both in Russia and in the United States.

I have known the Dozortsev family for eighteen years. They have been active sponsors of many cultural and humanitarian events. I know that Nicky Dozortsev has always been an aspiring young businessman who always impressed me as a compassionate and understanding person. Nicky is the kind of person who is the first to come to help of the needy, who would tirelessly work to benefit the community.

I respectfully pray that you exercise most favorable discretion in considering Nicky Dozortsev's situation. He is a person who has been and most certainly will be a great asset to the Russian-speaking community in this country.

Thank you very much.

Sincerely,

Gueorgui Vainer

Gregory Eugene Vaksman
311 Ocean Parkway #10K
Brooklyn NY 11235

December 15, 2008

Honorable Charles P. Sifton
United States District Court
For the Eastern District of New York
225 Gadman Plaza
East Brooklyn, NY 11201

Re: United States with Nicky Dozortsev

Dear Honorable Sifton

I am Gregory E. Vaksman, US citizen and for the last 30 years I have been one of the leaders of the Russian-American Jewish community in New York and Pennsylvania States.

1982 - 1998 President of New World Association of Emigrants from Russia in Pennsylvania (75000 members)
1986 – 1992 President of Refugee Consortium in PA (175000 members, refugees from Vietnam, China, Laos, Cambodia, Ethiopia, Cuba, USSR.
1988 – 1990 Pennsylvania State Russian Commissioner, Assistant for Governor Casey.
1992 – 2006 Served on the Boards of Several major philanthropic organizations such as Philadelphia Jewish Appeal, HIAS, United Jewish Appeal, New York Jewish Federation.

I am very well know person among members of the Russian Jewish Community in New York, Philadelphia, Los Angeles and other states.

I have been up front of all major events concerning our community in many states for years. I do know Nicky Dozortsev and his family for almost 20 years.
"Dozortsev and Son" company and especially Nicky Dozortsev have been involved for many years in the many philanthropic activities in New York for our community.
Nicky's parents are respected and generous individuals and have instilled those values and ideals as in their son Nicky as well. Nicky Dozortsev is a family man and a good father as well.

Working for "Dozortsev and Son" Company Nicky was always generous and kind and helping many members of our Russian – Jewish Community to establish themselves after uneasy life in USSR.

Respectfully,
Gregory E. Vaksman

Honorable Charles P. Sifton
United States District Court
For the Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

RE:  UNITED STATES v.Nicky Dozortsev

Dear Judge Sifton:

My name is Steven Kaplan. 15 years ago I started up Russian Radio in the Greater New York Area and I've been hosting the Morning Drive Talk Show ever since. I know thousands of people and hundreds of thousands literally know me. This is not bragging, I am conveying this to you, Your Honor, in order for you to see that my reputation is my asset. This is why I try to make friends with people I would not be ashamed of.
The Dozortsev family is one of them. Their family business – Dozortsev&Sons has never said "no" to anybody in the Russian-American community who would turn to them for help. Nicky's Father – Eugene Dozortsev – is an example of paternal support and care. He is persistently doing his best to instill the right moral values in his sons. Nicky is also well known for keeping up the best traditions of his family.
Your Honor, please, take into consideration that the Dozortsev family is one of the few "blue chips" of the Russian-American community and their wellbeing is vital to the rest of us.

Thank you very much,

Sincerely

Steven Kaplan

# THE OCULAR CENTER
## OPHTHALMOLOGY & MICROSURGERY

3014 BRIGHTON 6ᵀᴴ ST · BROOKLYN, NY 11235 · PHONE (718) 615-0020 · FAX (718) 615-0170
THEOCULARCENTER@AOL.COM

**STANLEY S. BYKOV, M.D**
*Medical and Surgical Coordinator*

**ROSTISLAV RYVKIN, O.D.**
*Comprehensive Optometrist*

November 20, 2008

Honorable Charles P. Sifton
United States District Court
For the Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

RE: UNITED STATES v. Nicky Dozortsev

Dear Judge Sifton:

My name is Stanley Bykov and I have been serving the Russian community for eight years as a doctor of ophthalmology. I serve on the board of directors in The Coney Island Jewish Council. I am a member if the Bensonhurst Business Club and vice president of the Committee of Holocaust Survivors. I am very well known throughout the Russian-Jewish community. I have had the privilege of meeting many amazing and special people in my years in the community.

I met Nicky Dozortsev and his family when I was immigrating to the United States of America 32 years ago. We grew up together and he was always a very nice young man. He was always a very sharing, and generous person. He is a very bright individual. We were both involved in many activities growing up and he was very supportive in my endeavors within the community. He has been a contributor and supporter of the organizations in which I am involved in. His dedication and compassion for his community has impacted many individuals in an extremely positive way.

Thank you very much,

Sincerely,

Dr. Stanley S. Bykov, MD



# BRIS · AVROHOM                                          ב ר י ת · א ב ר ה ם

**BRIS AVROHOM CENTER**
**CONGREGATION SHOMREI TORAH**
**OHEL YOSEF YITZCHOK**

910 SALEM AVENUE
HILLSIDE, NEW JERSEY 07205
Tel. (908) 289-0770   Fax (908) 289-9422
WWW.BRISAVROHOM.ORG

**ACTIVITIES**

Brissin, Cheder Education, Talmud Torah, Bar-Mitzvohs, Tefillin, Camps, Library, Holiday Gatherings, Passover Sedorim, Kashrus, Public Menorahs, Family Counseling, Synagogue, Mezzuzahs, Hospital Visits, Pidyon Haben, Free Loan, Social Events, Kolel Tiferes Zekanim - "Levi Yitzchok" (Adult Education), Chupas and Wedding Ceremonies, Publications, Russian Chumash and Siddur.

**BOARD OF DIRECTORS**
JOSEPH DEUTSCH, M.D.
*Chairman of the Board*
DANNY KAHANE
*Chairman, Executive Committee*
MILTON GRALLA
TED WEINBERGER
*Honorary Chairmen*
MORRIS KAPLAN
*President*
ALAN PINES
*Exec. Vice President*
JACOB ROSENBAUM, ע"ה
DAVID SCHARF
FRANKLYN H. SNITOW, ESQ.
*Honorary Presidents*
NATHAN BRAUN
MOSHE FURER
*Vice Presidents*
BELLE ROSENBAUM, Ph.D.
*Treasurer*
SHTERNEY KANELSKY
*Associate Director, Cheder Principal*
SHELDON BORGEN
JOEL E. DANISHEFSKY
DANIEL FEDERBUSH
SIMON GARBER
DR. JOSEPH GELIEBTER
MARK GINZBURG
PETER GLAZMAN
DR. DOV GOLDMAN
RICHARD GROSSMAN
DAVID HALPERN
ANATOL HILLER
MARTIN KAUFMAN
LEON KOZAK
YOSEF Y. LAINE
IGOR LAUREN
AARON LIBERMAN
WALTER OBERLANDER
GREGORY RAYKHER
YAN RUSANOV
RICHARD SAMUEL, ESQ.
JACK SCHIFF
ROBERT SCHIFF
RONNIE STERN
DR. JACK STROH

**HONORARY BOARD**
GARY D. AMBROSE
YAKOV BRAFMAN
DAVID DUBROW
MICHAEL EDELMAN
PHIL FRIEDMAN
SAMUEL D. FRIEDMAN
SHIRLEY GRALLA
ARCADY KHALIMSKY
WARREN LEVIE
YURIE LIBSON
STAN LIEBMAN
DAVID MINTZ
TZVI ODZER
ALEX ROVT
DR. YEHUDA SCHORR
BERNARD SILVERSTEIN
EDWARD SLININ
NORMAN STARK
EUGENE VOLYNETS
RABBI BENJAMIN YUDIN

RABBI MORDECHAI KANELSKY
*Executive Director*
RABBI ELIYAHU SHAIN
*Certified Mohel*
RABBI BERELE ZALTZMAN
*Community Development Director*
RABBI BARUCH LEPKIVKER
*Program Director*
RABBI DOVID WILANSKY
*Administrator*
RABBI MENDEL ZALTZMAN
*Youth Director*
RABBI YOSSI KANELSKY
*Outreach Director*

ב"ה

January 21, 2009

Honorable Charles P. Sifton
United States District Court
Easter District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Nick Dozortsev

Dear Sir,

I am writing this letter on behalf of Mr. Nick Dozortsev. I have known his father, Eugene Dozortsev, and his family for over twenty years.

I am the executive director of Bris Avrohom, an organization that provides services, education and support to Jews from the Former Soviet Union. Since 1979, Bris Avrohom has touched the lives of more than 30,000 immigrants and reacquainted a lost generation with its unique Jewish heritage. Through these efforts, Bris Avrohom nurtures and affects the spiritual lives of thousands of individuals throughout New Jersey and beyond.

The Dozortsev family has been involved with our organization for many years and I have found the entire family to be very fine, generous, honest people who are hardworking individuals. Every member of this family will go out of their way to help others. Eugene and his wife have raised their children with high morals and honest values, setting excellent examples of how to be a good person.

I know that Nick Dozortsev is an asset to his family and society. I respectfully request that you to take this into consideration when reviewing his case.

Thank you.

Sincerely,

Rabbi Mordechai Kanelsky
Executive Director

DEAR JUDGE BLOCK,

I'M WRITING THIS LETTER ON BEHALF NIKOLAI DOZORTSEV. I HAVE KNOWN MR. DOZORTSEV FOR MORE THAN A DECADE. HE IS A GREAT FRIEND, THE BEST HUSBAND AND FATHER.

I RESPECTFULLY UNDERSTAND THAT YOU HAVE TO PAY FOR MISTAKES, THERE IS NO "FREE RIDES" IN THIS LIFE. HOWEVER I'M ASKING THE COURT FOR A SECOND CHANCE. IN MY HUMBLE OPINION EVERY ONE DESERVES MERCY AND A CHANCE IN LIFE.

RESPECTFULLY

ILONA NEDELMAN

11/26/10

Senior Judge Frederic Block

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Honorable Judge Frederic Block:

Honorable Judge, it is almost 15 years that we are working for company Dozortsev and Sons.

For us it was a big surprise and sadness to find out what happen to Mr. Nicky Dozortsev.

In all the years that we work with him, we had a big respect for his business and human nature.

For us Russian-Americans, was very important especially for the first few years in this country to have help and support from this wonderful person, who was always ready with personal help in understanding this country right rules and regulations in becoming law abiding citizens.

Nicky Dozortsev is married with two wonderful children, Gaby who is 15 and Michael who is 12. Both in school and at the age there they need their father more than ever.

He has a son from previous marriage, who just finished college and started a new job and very much need his father to guide him how to become a good person.

We believe, that Nicky Dozortsev learned by his mistake and will continue his work from his heart as an honest and honorable person to help others, like he helped us, also we will watch over him, like he did the first few years over us.

Please your Honor, let him come back to his family and his friends, we need him.

Thank you very much

Julia Torbin

Vladimer Grushevsky

Larisa Mirvis

Yevgeney Dudnik

December 1, 2010

Honorable Frederic Block

Senior District Court Judge

United Sates District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

Dear Judge Block,

My name is Stella Bendersky my boyfriend Vitaly Braver and I have known Nikolai Dozortev for many years (since childhood) and consider him and his family part of our family . Nicky is a wonderful human being. He is kind and considerate to his friends and an anchor for his family. His children adore him and there is nothing Nicky would not do for them, he is a hands on father! He would spend many quality hours with both Gabriella and Michael. He helped Gabriella with school projects and math homework. And attended all of Michael's soccer games (he was always his biggest fan). Both of his children have suffered greatly with Nickys absence.

His wife Irina has tried to her best ability to keep her family together. She has become a single working mother. Who unfortunately has been unsuccessful in keeping up with all her bills. She is considerably behind in her mortgage payments and might loose their apartment. Nicky was always the glue that kept their family together. Both Irina and their children are lost without Nicky. Irina has lost a great deal of weight and is emotionally as well as physically drained. Nicky and Irina are one of the most solid couples we know. They have a great marriage and a wonderful family. We understand that Nicky has made a great error in judgement and put himself and his family in a terrible position, but we kindly ask that you give Nicky a most lenient sentence as possible. We strongly believe he deserves a second chance. He has never posed any type of threat to society and has only helped the people around him. Both Vitaly and I feel a strong lose in Nickys absence.

Respectfully, Stella Bendersky