# Exhibit R



**RUSSIAN BUSINESS COMMUNICATIONS, INC.**

Honorable Charles P Sifton
United States District Court
For the Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 1201

November, 21 2008

Re: *United States v. Nicky Dozortsev*

Dear Judge Sifton,

My name is Michael Khanaan and I am the President of Russian Business Communications, Inc., a company that has served the domestic Russian-speaking market for more than a decade.

There are more than 5 million Russian-speaking people here in the United States. For the majority of these people, who came from the totalitarian Soviet Union, it was not easy to become Americans, adopt democratic traditions, and start to think and work like real citizens of this country. Today they have become one of the most educated and successful ethnic communities in USA. In many ways this was made possible by the dedication of people like Nicky Dozortsev.

Nicky Dozortsev was one of the first in the Russian community to start working the "American way." Together with his father and brother, he created a business which became legendary in the community. In less than 3 years "Dozortsev and Sons" were able to build a successful brand in the most competitive field – liquor business. I use to work with the Dozortsevs for 2 years marketing their product worldwide. In this capacity, I was in close contact with the Nicky Dozortsev, often traveling with him around the States and abroad. Countless times I witnessed his outstanding hard work and talents invested in the business. Moreover, his growth as a businessman was developing together with his dedication to philanthropy and charity. As a generous sponsor or silent donor, Nicky Dozortsev supported a lot of good causes and helped many people in need in this community and beyond it.

Thank you very much,

*Michael Khanaan*

Michael Khanaan,
President

100 CHURCH STREET, SUITE 1603, NEW YORK, NY 10001  www.RBCUS.com
T. 212.566.0881  F. 212.566.0882  INFO@RBCUS.COM