# Exhibit S

# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

November 23, 2010

**VIA OVERNIGHT MAIL**
U.S. Probation Office
Eastern District of New York
Attn: John J. Lanigan, U.S. Probation Officer
75 Clinton Street
Brooklyn, NY 11201

RE:   **United States v. Nikolai Dozortsev,**
      **Docket No. 07cr736 (S-3) -02**

Dear Officer Lanigan:

This office represents the defendant Nikolai Dozortsev in the above-referenced matter. We have reviewed the Pre-Sentence Investigation Report ("PSR") prepared by the Probation Department ("Probation") and submit this letter detailing our objections thereto.

**Objections to the PSR**

We object to Probation's Guideline's calculation as set forth in Paragraphs 61 through 84 of the PSR for the following reasons:

Paragraph 61 of the PSR incorrectly attributes a base offense level of 30 to Mr. Dozortsev for his violation of 18 U.S.C. §1956 (h). As set forth in Mr. Dozortsev's plea agreement his base offense level should be no greater than 24 since the loss attributed to Mr. Dozortsev only exceeded $1,000,000.

We object to Paragraph 62 of the PSR. Pursuant to his plea agreement, the defendant pled guilty to money laundering only in connection with the sale of illegal, un-taxed cigarettes. Probation's 2 point enhancement for the money laundering of narcotics proceeds is incorrect.

We object to Paragraph 63 of the PSR. The defendant was not in the "business of laundering funds," nor does his plea assess such an enhancement. Consequently only a 2, not a 4 point enhancement, is warranted under 2S1.1 (b) (2) (B).

We object to Paragraph 66 of the PSR. In accordance with his stipulated plea agreement, no role adjustment is appropriate.

Accordingly, Mr. Dozortsev's adjusted offense level for his violation of 18 U.S.C §1956 (h) should be no greater than 28, not 42, as stated in Paragraph 68 of the PSR.

**GERSTEN SAVAGE LLP**

Officer Lanigan
Page -2-
November 23, 2010

With respect to Mr. Dozortsev's violation of 18 U.S.C. §1347, the defense objects Paragraphs 72 through 75 of the PSR. The 3 point enhancement set forth in Paragraph 72 appears to be a typographical error, as Probation correctly states that there should be no role adjustment.

The defense objects to Paragraphs 73 of the PSR. The parties have agreed that because per paragraph 74, 3 levels are added for receiving certain Medicare benefits after his release on bail, Mr. Dozortsev should not receive additional obstruction points under 3C 1.1 for the same conduct.

Accordingly, the adjusted offense level for Mr. Dozortsev's violation of 18 U.S.C. §1347 should be no greater than 17 and not 23, as Probation sets forth in Paragraph 75 of the PSR.

We object to Paragraphs 77- 80 and 82 of the PSR in that Mr. Dozortsev's highest adjusted offense level, as stated above is 28. We also object to Paragraph 83 in that as set forth in the plea agreement, Mr. Dozortsev is entitled to a 2 point adjustment for acceptance of responsibility, plus an additional point for timely acceptance. In addition, as set forth in the plea agreement, Mr. Dozortsev is also entitled to an additional point for the global disposition.

Accordingly, Mr. Dozortsev's Total Offense Level should be no greater than 24, not 42, as set forth in Paragraph 84 of the PSR.

In addition, we object to Paragraph 88 of the PSR. There should be no criminal history points attributed for Mr. Dozortsev's 15 year old larceny conviction. As evidenced by the official records of the Florida Department of Law Enforcement of the relevant conviction, attached, the instant offense was committed in 2005, more than 15 years after his release from jail in the referenced larceny case.

Should you have any questions or wish to discuss this matter please contact me.

Thank you for your anticipated cooperation.

Very truly yours,

Robert S. Wolf

cc: AUSA Steven L. Tiscione

**Jason Canales**

| | |
|---|---|
| From: | internetcriminalresults@fdle.state.fl.us |
| Sent: | Monday, October 25, 2010 9:44 AM |
| To: | Jason Canales |
| Subject: | FDLE Criminal History Search Results |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

---

Criminal History

---

```
--FLORIDA CCH RESPONSE--
ATN/ANONCCHINET/CCHINET/JASON CANA
FC.DLE/2240974.PUR/P.ATN/ANONCCHINET/CCHINET/JASON CANA
      SID NUMBER: 2240974   PURPOSE CODE:P        PAGE:  1
      BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
      A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE

              -  FLORIDA   CRIMINAL   HISTORY  -

NAME                        STATE ID NO.  FBI NO.     DATE REQUESTED
DOZORTCEV, NICKY            FL-02240974               10/25/2010
SEX RACE  BIRTH DATE  HEIGHT WEIGHT EYES HAIR BIRTH PLACE SKIN DOC NO.
M   W     12/29/1965  5'11'' 195    BRO  BRO                   181415
--CONTINUED--

        SID NUMBER: 2240974   PURPOSE CODE:P        PAGE:  2

FINGERPRINT CLASS   SOCIAL SECURITY NO.  MISCELLANEOUS NO.   SCR/MRK/TAT
14 52 01 03 07      XXX-XX-7502
11 TT TT 10 04
IN AFIS - 3
---------------------------------------------------------------------
ARREST-  1   03/07/1986   OBTS NO.-0000368626
  ARREST AGENCY-MIAMI-DADE POLICE DEPARTMENT            (FL0130000)
    AGENCY CASE-368626                    OFFENSE DATE-03/07/1986
    CHARGE 001-CORRUPT ORGANIZATION
    CHARGE 002-LARCENY-
--CONTINUED--

        SID NUMBER: 2240974   PURPOSE CODE:P        PAGE:  3

              GRAND
              STATUTE/ORDINANCE-              LEVEL-FELONY
    CHARGE 003-EMBEZZLE-
              STTE FUNDS
 JUDICIAL-
   AGENCY-S. FLORIDA RECEPTION CENTER - MIAMI           (FL013015C)
    CHARGE 001 -COURT SEQ              COURT NO.-
       COURT DATA-LARCENY-
                      GRAND 1 DEG
              STATUTE/ORDINANCE-              LEVEL-FELONY
              DISP DATE-                      DISP-CONVICTED
```

1

```
                CONFINEMENT-1Y6M
                PROBATION-5Y
--CONTINUED--

        SID  NUMBER:  2240974   PURPOSE CODE:P          PAGE:   4

        SENT PROVISIONS - CTS 2D
           SPLIT SENTENCE
   SUPERVISION OR CUSTODY-     03/07/1986   OBTS-NO.-
     AGENCY-S. FLORIDA RECEPTION CENTER - MIAMI           (FL013015C)
        AGENCY CASE-181415            STATUS-RECEIVED        ,10/02/1987
     AGENCY-NORTH FLORIDA RECEPTION MEDICAL CENTER        (FL063025C)
        AGENCY CASE-181415            STATUS-DISCHARGED FROM CRIMINAL ,02/17/1988
        REMARKS-GRAND THEFT O   100 000 1ST DEG
-----------------------------------------------------------------------------
ARREST-   2   09/15/1987   OBTS NO.-0000368626
   ARREST AGENCY-MIAMI-DADE POLICE DEPARTMENT                (FL0130000)
      AGENCY CASE-368626                      OFFENSE DATE-
      CHARGE 001-LARCENY-
--CONTINUED--

        SID  NUMBER:  2240974   PURPOSE CODE:P          PAGE:   5

              GRAND
              STATUTE/ORDINANCE-                    LEVEL-FELONY
      CHARGE 002-EMBEZZLE-
              STATE FUNDS
-----------------------------------------------------------------------------
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE
OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBU- TED THE RECORD
INFORMATION. IF YOU DID NOT SUBMIT FINGERPRINTS, THIS RECORD IS PROVIDED AS A RESULT OF A
NAME INQUIRY ONLY. POSITIVE IDENTIFICATION CAN ONLY BE VERIFIED BY SUBMISSION OF A
FINGERPRINT CARD AND COMPARISON BY FDLE. THIS
RECORD WAS REQUESTED PURSUANT TO 943.053(3), F.S.
        AS MANDATED BY FLORIDA STATUTE 119.071(5), FULL SOCIAL
        SECURITY NUMBERS ARE NOW EXEMPT FROM PUBLIC DISCLOSURE
--CONTINUED--

        SID  NUMBER:  2240974   PURPOSE CODE:P          PAGE:   6

        AND MAY BE DISCLOSED ONLY TO GOVERNMENTAL ENTITIES AND
        CERTAIN COMMERCIAL ENTITIES (UPON A SHOWING OF BUSINESS
        NECESSITY AS DEFINED BY THE LAW). FDLE WILL, HOWEVER,
        RELEASE THE LAST FOUR DIGITS OF THE SOCIAL SECURITY NUMBER.
        EXAMPLE: XXX XX 1234.
THIS CONTAINS FLORIDA RECORD ONLY.
UNKNOWN AS TO NATIONAL RECORD STATUS.
END OF RECORD

--END--

**************************************************************************
```

# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

December 3, 2010

**VIA OVERNIGHT MAIL**
U.S. Probation Office
Eastern District of New York
Attn: John J. Lanigan, U.S. Probation Officer
75 Clinton Street
Brooklyn, NY 11201

RE:  United States v. Nikolai Dozortsev,
     Docket No. 07cr736 (S-3) -02

Dear Officer Lanigan:

As you know, this office represents the defendant Nikolai Dozortsev in the above-referenced matter. We submit this letter as a supplement to the defendant's objections to the Pre-Sentence Investigation Report ("PSR") which were sent to your attention on November 23, 2010. In addition to the objections set forth in the November 23rd letter, we object to the PSR to the extent that it contains conduct in excess of what Mr. Dozortsev has pled guilty to. More specifically, Mr. Dozortsev has not pled guilty to having participated in any narcotics related conduct. To the extent that this additional conduct is otherwise stated in the PSR, it should be deleted. In the alternative, if you do not agree to the deletion of the extraneous conduct, it should be described as "alleged."

Additionally, we object to the Department's characterization of Mr. Dozortsev's citizenship. Mr. Dozortsev is a naturalized citizen of the United States, not a "U.S. permanent resident alien." Mr. Dozortsev surrendered his passport to pre-trial services as a condition of his pre-trial release

Please contact me if you would like to discuss this matter.

Very truly yours,

Robert S. Wolf

cc: AUSA Steven L. Tiscione