# Exhibit T

December 3, 2010

Senior Judge Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Block:

RE:   United States of America v. Nikolai Dozortsev
      Docket No. 07cr736 (S-3)-02

Dear Judge Block:

On December 9, 2010, I will appear before Your Honor for sentencing.

Your Honor, when I came to this country with my family in 1974, we came with the goal of building a better life than the one we left behind. My family and I accomplished that goal by building a business, Dozortsev and Sons Trading Co., which has employed many people over the past 15 years in the Brighton Beach community. My family and I have also helped many people who immigrated to the United States and settled in our community.

Your Honor, I have been engaged in great reflection of my actions which have lead me down this devastating road. I offer no excuses and I take full responsibility for my actions. I acted recklessly and selfishly. What troubles me the most is that my own failures now have extreme consequences not only for myself, but for my mother, father, my wife and my children, who are all innocent casualties of my selfish behavior. I also take responsibility for involving my brother in my crime. I am grateful that this Court saw fit to impose a lenient sentence upon him.

I have always provided my family with emotional and financial support. Knowing that my wife Irena cannot make our mortgage payments and that my son Michael is experiencing certain psychological issues as a result of my actions, while I sit here powerless in prison has been the most difficult experience I have faced in my entire life. Trust that I will never again engage in criminal conduct as I never again want to sit in prison while my loved ones suffer.

Another innocent victim of my selfish behavior is my Grandmother, Olga Aristov. She is 85 years of age, and in very poor health. Homebound, she awaits the day I will return to her life. I miss her dearly and try to speak with her as much as she is able. I only pray she lives to see me again, which her doctors explain is almost impossible.

Your Honor, I regard myself a religious man, a family man, but a man nonetheless who has come to recognize his own shortcomings. I stand before you in writing today with a repentant heart and in hopes that you will afford me a second chance despite my wrongdoings. I understand that your Honor has a great responsibility to the justice system in sentencing but I hope that your Honor will also not overlook the circumstances which I have, undoubtedly, placed myself in and that I intend fully to change my life for the better part of myself and family, if given the opportunity.

Your consideration and mercy are greatly appreciated.

Most respectfully,

Nikolai Dozortsev