# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

December 14, 2010

<u>VIA ECF, FACSIMILE AND OVERNIGHT MAIL</u>
Hon. Frederic Block
Senior U.S. District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   United States of America v. Nikolai Dozortsev
      Docket No. 07cr736 (S-3)-02

Dear Judge Block:

On behalf of the defendant, Nikolai Dozortsev, we write to supplement information contained in his sentencing submission dated December 6, 2010.

As indicated in Mr. Dozortsev's sentencing submission, by the time he is sentenced he will have already served over 20 months in prison. In addition, prior to his incarceration and as a bail condition, Mr. Dozortsev was electronically monitored for 18 months with a curfew.

In fashioning an appropriate sentence for Mr. Dozortsev, we respectfully request that this Honorable Court consider his period of incarceration as well as his 18 month period of electronic monitoring.

Thank you for your consideration.

Very truly yours,

Robert S. Wolf

cc: Steve Tiscione, AUSA (*via facsimile*)