SLR:KAN:ESW
F.#2007R00229/OCDETF # NY-NYE-0534

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        Plaintiff,

   - against -

NIKOLAI DOZORTSEV,

        Defendant.

- - - - - - - - - - - - - - - - - X

FINAL

ORDER OF FORFEITURE

Cr. 07-736 (S-3)

     WHEREAS, on or about November 12, 2008, the defendant, NIKOLAI DOZORTSEV, pleaded guilty to a violation of Counts Seventeen and Eighteen of the above-captioned Superseding Indictment, charging violations of Title 18, United States Code, Sections 1956(h) and 1347;

     WHEREAS, on November 20, 2008, this Court ordered a Preliminary Order of Forfeiture, forfeiting multiple assets including: (i) a money judgment in the amount of $150,000.00 (the "Money Judgment") and (ii) $12,073.00 in United States currency seized from the residence of Nikolai Dozortsev; (the "Forfeited Currency"), pursuant to 18 U.S.C. § 982(a)(1), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

     WHEREAS, in accordance with Fed. R. Crim. P. 32.2(b)(3), legal notice of this Forfeiture, was published on an official government website for thirty days which began on

January 22, 2009, and ended on February 20, 2009; no third party has filed with the Court any petition or claim in connection with the Forfeited Currency; and the time to do so has expired;

WHEREAS, the defendant and the government previously agreed that the Money Judgment would be reduced by $50,000.00 as representing the value of the Forfeited Currency and a payment of $37,927.00 to made by the defendant towards the Money Judgment prior to sentencing;

WHEREAS, the defendant and the government acknowledge and agree that the parcel or parcels of real property located at 1400-1422 McCarter Highway, Newark, New Jersey, (bounded on the north by Third Avenue East, on the east by Passaic Avenue, on the south by Fourth Avenue East, and on the west by McCarter Highway, New Jersey Route 21)("McCarter Highway property"), constitutes property subject to forfeiture as property involved in a violation of 18 U.S.C. § 1956(h), and/or is property derived from proceeds obtained, directly or indirectly, as a result of a violation of 18 U.S.C. § 1956(h), and/or is property traceable to such property, and/or is a substitute asset as defined in 28 U.S.C. § 853.  However, in lieu of forfeiture of the McCarter Highway property, the defendant has agreed to a payment of $175,000.00 in exchange for the government ceasing forfeiture proceedings of the McCarter Highway property;

WHEREAS on May 19, 2009, the defendant caused a check to be delivered to the government in the amount of $175,000.00 (the "First Forfeited Check") and the government subsequently ceased forfeiture proceedings against the McCarter Highway Property;

WHEREAS, on April 20, 2009, the government filed a Motion to Forfeit the Defendant's Bail, pursuant to Rule 46(f)(1) of the Federal Rules of Criminal Procedure;

WHEREAS, the defendant and the government subsequently agreed that the government's Motion to Forfeit the Defendant's Bail would be withdrawn in exchange for a payment of an additional $50,000.00 to be added to the Money Judgment, to now total $200,000.00 (the "Amended Money Judgment");

WHEREAS, on December 6, 2010, the defendant caused a check to be delivered to the government in the amount of $37,927.00 to be applied to the Amended Money Judgment(the "Second Forfeited Check");

WHEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Pursuant to Fed. R. Crim. P. 32.2(c)(2), the Preliminary Order of Forfeiture previously entered by this Court is hereby made a Final Order of Forfeiture as to the Forfeited Currency, the First Forfeited Check, and the Second Forfeited Check (collectively the "Forfeited Assets").

2. The defendant remains liable for the outstanding balance of the Amended Money Judgment in the amount of $150,000.00.

3. The government is hereby directed to dispose of the Forfeited Assets in accordance with all applicable laws.

3. Except as amended herein, the Preliminary Order of Forfeiture remains in effect.

4. The Clerk of Court shall forward three certified copies of this order to the attention of Assistant United States Attorney Evan S. Weitz, United States Attorney's Office, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated: Brooklyn, New York
December 7, 2010

s/ Judge Frederic Block

HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE