UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------x

UNITED STATES OF AMERICA

              Plaintiff,

- against -

NIKOLAI DOZORTSEV,

              Defendant.

------------------------------x

**NOTICE OF APPEARANCE**

CR-07-0736 (FB)

To the Clerk of the Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Ms. Regina Vadimova Linetskaya ("Ms. Linetskaya"), who is filing a Petition for the determination of her right, title and interest in a 2.19-karat diamond the Court ordered the Defendant to forfeit (see doc. #118).

All correspondence relating to Ms. Linetskaya's Petition should be sent to:

    Barry S. Zone, Esq.
    Moses & Singer LLP
    The Chrysler Building
    405 Lexington Avenue, 12th Floor
    New York, NY 10174
    Tel:   (212)-554-7800
    Fax:  (212)-554-7700
    Email: bzone@mosessinger.com

The Clerk of Court is respectfully requested to ensure that all future ECF notifications are also sent to Mr. Zone at the email address above.

Dated: New York, New York
November 29, 2011

                                    Respectfully submitted,

                                    MOSES & SINGER LLP

                                    By: _____
                                            Barry S. Zone (BZ-5680)

                                    The Chrysler Building
                                    405 Lexington Avenue, 12th Floor
                                    New York, NY 10174
                                    Tel:    (212)-554-7800
                                    Fax:   (212)-554-7700
                                    E-mail:bzone@mosessinger.com
                                    *Attorneys for Petitioner Regina Vadimova Linetskaya*