UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

              Plaintiff,

- against -

NIKOLAI DOZORTSEV,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PETITION**

CR-07-0736 (FB)

**PLEASE TAKE NOTICE** that upon the annexed petition of Barry S. Zone, on behalf of Ms. Regina Vadimova Linetskaya (the "Petitioner") and its exhibits, Petitioner shall petition this Court to amend the Preliminary Order of Forfeiture, so ordered and filed in the Clerk's Office of the United States District Court, Eastern District of New York on November 20, 2008 (doc. #118) to restore the forfeited "one 2.19 karat diamond seized from the residence of Nikolai Dozortsev" (the "Diamond") to its rightful owner, the Petitioner; and/or for a hearing to adjudicate the Petitioner's interest in the Diamond.

Dated: November 29, 2011
       New York, New York

MOSES & SINGER LLP
By: _____
      Barry Zone

The Chrysler Building
405 Lexington Avenue 12th Floor
New York, NY 10174
Tel:   (212)-554-7800
Fax:   (212)-554-7700
Email: bzone@mosessinger.com
*Attorneys for Petitioner*