USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:07-cr-00736-FB Document 225 Filed 03/14/14 Page 1 of 4 PageID #: 1542

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>United States | COURT CASE NUMBER<br>CR-07-0736 (S-3) (FB) |
| DEFENDANT<br>Nikolai Dozortsev | TYPE OF PROCESS<br>Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
One 2.19 Loose Karat Diamond c/o United States Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza East, Brooklyn, New York 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
271 Cadman Plaza East, Seventh Floor
Brooklyn, New York 11201
Attn: Claire S. Kedeshian AUSA

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please execute the Final Order of Forfeiture dated December 13, 2013. Please dispose in accordance with all applicable laws and rules.

08-DEA-491435

Signature of Attorney other Originator requesting service on behalf of: Claire S. Kedeshian by (ms)
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (718) 254-6051
DATE: 12/18/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No.: 53
District to Serve No.: 53
Signature of Authorized USMS Deputy or Clerk
Date: 12/18/13

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 2/22/14
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | $0.00 |

REMARKS: Property was sold for $18,000.00 on 2/22/14

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

SLR:LDM:CSK
F.#2007R00229/OCDETF #NY-NYE-0534

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

NIKOLAI DOZORTSEV,

          Defendant.

- - - - - - - - - - - - - - - - - -X

FINAL
ORDER OF FORFEITURE AS
TO ONE 2.19 KARAT DIAMOND

07 CR 736 (S-3) (FB)



WHEREAS, on or about November 12, 2008, the defendant, NIKOLAI DOZORTSEV, pleaded guilty to counts seventeen and eighteen of the above-captioned superseding Indictment charging violations of 18 U.S.C. § 1956(h) and 1347;

WHEREAS, on or about November 20, 2008, this Court entered a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. §§ 982(a)(1), 981(a)(1)(C), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461, upon the consent of the defendant and the United States, providing for the forfeiture of all his right, title and interest in multiple assets, including: (a) one 2.19 karat diamond seized from the residence of Nikolai Dozortsev (the "Diamond");

WHEREAS, in accordance with Fed. R. Crim. P. 32.2(b)(3) legal notice of the Preliminary Order of Forfeiture was published on an official government website, www.forfeiture.gov for at least thirty (30) consecutive days beginning on January 22, 2009 and ending February 20, 2009;

WHEREAS, on or about November 30, 2011, by and through counsel, a claim to the Diamond was filed by a third Party Petitioner;

WHEREAS, on or about January 6, 2012 and August 9, 2013, the government responded to the Third Party Petition and moved to dismiss and/or strike the Third Party Petition on the grounds, inter alia, that it failed to comply with the requirements of 21 U.S.C. § 853(n)(3);

WHEREAS, on October 17, 2013, counsel for Third Party Petitioner and the government appeared before the Court for a hearing and counsel for Third Party Petitioner moved to withdraw the Petition;

WHEREAS, on October 17, 2013 the Court entered an order directing Third Party Petitioner to notify the Court within thirty (30) days of any intention to pursue her claim or obtain new counsel;

WHEREAS, the Court takes notice that no notification or Notice of Appearance by or on behalf of the Petitioner has been filed with the Court and the time to do so under 21 U.S.C. § 853(n)(2) and based upon all prior proceedings before the Court has expired; and

WHEREAS, the Court takes further notice that the government's motion to dismiss and/or strike is and remains unopposed.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

1.   Pursuant to Fed. R. Crim. P. 32.2(c)(1)(A) and (c)(2), the Preliminary Order Order of Forfeiture previously entered by this Court is hereby made a Final Order of Forfeiture for the Diamond.

2.   All right, title and interest in the Diamond is hereby forfeited to the United States, pursuant to 18 U.S.C. §§ 982(a)(1), 981(a)(1)(C), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461.

3.   The United States Marshals Service and its duly authorized agents and contractors, be and the same hereby are directed to dispose of the Diamond in accordance with all applicable laws and rules.

4. The Court shall retain jurisdiction over this action.

5. The Clerk of the Court is directed to send, by inter-office mail, three (3) certified copies of this executed Order to United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201 Att: Claire S. Kedeshian, Assistant U.S. Attorney.

Dated: Brooklyn, New York
December 13, 2013

/S/ USDJ BLOCK
_____
HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

A TRUE COPY
ATTEST
DATE 12/13/2013
DOUGLAS C. PALMER
CLERK
BY _____
DEPUTY CLERK

-3-